JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GMAR LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02433-RSWL-ASx<br><br>[~~PROPOSED~~] ORDER DISMISSAL WITH PREJUDICE |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and GMAR LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: February 10, 2021        **/S/ RONALD S.W. LEW**
                                UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DISMISSAL WITH PREJUDICE